UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:15-CR-801 |
| | § | |
| JULIAN HINOJOSA | § | |

## OPINION AND ORDER GRANTING MOTION FOR CONTINUANCE AND EXTENDING DEADLINE FOR FILING PRETRIAL MOTIONS

On October 1, 2015, Defendant Hinojosa moved for a continuance of the final pretrial conference and jury selection and trial dates and for an extension of the pretrial motions deadline (D.E. 20, 21) because counsel had only recently been retained and had not yet had adequate time to review the discovery and determine whether pretrial motions should be filed. The United States was unopposed to the motion.

Under the Speedy Trial Act, a district court may grant a continuance and exclude the resulting delay from the time in which a trial must commence if it makes on-the-record findings that the ends of justice served by granting the continuance outweigh the public's and defendant's interests in a speedy trial. 18 U.S.C. § 3161(h)(7).

Having considered the Defendant's motion, the Court finds that the failure to grant a continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the Court finds that the ends of justice are served by granting a continuance in this case outweigh the best interests of the public and Defendant in a speedy trial.

The Court **GRANTS** the Defendant's motions and **CONTINUES** the final pretrial conference until **Friday, November 20, 2015, at 10:00 a.m.** before undersigned and schedules the jury selection and trial for **Monday, December 7, 2015, at 9:00 a.m.** before Hon. Nelva Gonzales Ramos. The deadline for filing pretrial motions is extended to **Friday, November 13, 2015.**

ORDERED this 2nd day of October, 2015.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE